IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN NATIONAL
BANK                                                                                    PLAINTIFF

v.                              No. 4:10-cv-1455-DPM

MAKY, LLC                                                                          DEFENDANT

ORDER

Joint motion to dismiss, *Document No. 12*, granted. The permanent injunction, *Document No. 10*, remains in effect. Metropolitan National Bank's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 October 2011