IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN NATIONAL
BANK                                                                                              PLAINTIFF

v.                              No. 4:10-cv-1455-DPM

MAKY, LLC                                                                                      DEFENDANT

JUDGMENT

The permanent injunction, *Document No. 10*, remains in effect. Metropolitan National Bank's complaint is otherwise dismissed with prejudice.

                                                                    _____
                                                                    D.P. Marshall Jr.
                                                                    United States District Judge

                                                                    6 October 2011